# Judge Hellerstein

# 08 CV 3848

JS 44C/SDNY
REV. 12/2005

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS ZAMIRA CARDENAS | DEFENDANTS CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT AND DETECTIVE JOHN DOE |
|---|---|

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Alan A. Tarzy, Esq. 275 Madison Avenue, Suite 1100, New York, NY 10016 (212)370-9000 | ATTORNEYS (IF KNOWN) |
|---|---|

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

False arrest and unlawful imprisonment resulting in violation of plaintiff's civil rights under 22 USC § 2201, 42 USC § 1981, 1983, 1985, 1986 & 1988.

Has this or a similar case been previously filed in SDNY at any time? No ☒   Yes? ☐   Judge Previously Assigned

If yes, was this case Vol.☐  Invol. ☐  Dismissed. No☐  Yes ☐   If yes, give date _____ & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*          NATURE OF SUIT

### ACTIONS UNDER STATUTES

|  |  | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| **CONTRACT** | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 AGRICULTURE | [ ] 422 APPEAL 28 USC 158 | [ ] 400 STATE REAPPORTIONMENT |
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 362 PERSONAL INJURY - | [ ] 620 FOOD & DRUG | [ ] 423 WITHDRAWAL | [ ] 410 ANTITRUST |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT | MED MALPRACTICE | [ ] 625 DRUG RELATED | 28 USC 157 | [ ] 430 BANKS & BANKING |
| [ ] 130 MILLER ACT | LIABILITY | [ ] 365 PERSONAL INJURY | SEIZURE OF |  | [ ] 450 COMMERCE/ICC |
| [ ] 140 NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | PRODUCT LIABILITY | PROPERTY |  | RATES/ETC. |
| INSTRUMENT | SLANDER | [ ] 368 ASBESTOS PERSONAL | 21 USC 881 | **PROPERTY RIGHTS** | [ ] 460 DEPORTATION |
| [-] 150 RECOVERY OF | [ ] 330 FEDERAL | INJURY PRODUCT | [ ] 630 LIQUOR LAWS |  | [ ] 470 RACKETEER INFLU- |
| OVERPAYMENT & | EMPLOYERS' | LIABILITY | [ ] 640 RR & TRUCK | [ ] 820 COPYRIGHTS | ENCED & CORRUPT |
| ENFORCEMENT OF | LIABILITY |  | [ ] 650 AIRLINE REGS | [ ] 830 PATENT | ORGANIZATION ACT |
| JUDGMENT | [ ] 340 MARINE | **PERSONAL PROPERTY** | [ ] 660 OCCUPATIONAL | [ ] 840 TRADEMARK | (RICO) |
| [ ] 151 MEDICARE ACT | [ ] 345 MARINE PRODUCT |  | SAFETY/HEALTH |  | [ ] 480 CONSUMER CREDIT |
| [ ] 152 RECOVERY OF | LIABILITY | [ ] 370 OTHER FRAUD | [ ] 690 OTHER |  | [ ] 490 CABLE/SATELLITE TV |
| DEFAULTED | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING |  | **SOCIAL SECURITY** | [ ] 810 SELECTIVE SERVICE |
| STUDENT LOANS | [ ] 355 MOTOR VEHICLE | [ ] 380 OTHER PERSONAL | **LABOR** |  | [ ] 850 SECURITIES/ |
| (EXCL VETERANS) | PRODUCT LIABILITY | PROPERTY DAMAGE | [ ] 710 FAIR LABOR | [ ] 861 MIA (1395FF) | COMMODITIES/ |
| [ ] 153 RECOVERY OF | [ ] 360 OTHER PERSONAL | [ ] 385 PROPERTY DAMAGE | STANDARDS ACT | [ ] 862 BLACK LUNG (923) | EXCHANGE |
| OVERPAYMENT OF | INJURY | PRODUCT LIABILITY | [ ] 720 LABOR/MGMT | [ ] 863 DIWC (405(g)) | [ ] 875 CUSTOMER |
| VETERANS BENEFITS |  |  | RELATIONS | [ ] 863 DIWW (405(g)) | CHALLENGE |
| [ ] 160 STOCKHOLDERS SUITS |  |  | [ ] 730 LABOR/MGMT | [ ] 864 SSID TITLE XVI | 12 USC 3410 |
| [ ] 190 OTHER CONTRACT |  |  | REPORTING & | [ ] 865 RSI (405(g)) | [ ] 891 AGRICULTURE ACTS |
| [ ] 195 CONTRACT PRODUCT |  |  | DISCLOSURE ACT |  | [ ] 892 ECONOMIC |
| LIABILITY |  |  | [ ] 740 RAILWAY LABOR ACT | **FEDERAL TAX SUITS** | STABILIZATION ACT |
| [ ] 196 FRANCHISE |  |  | [ ] 790 OTHER LABOR |  | [ ] 893 ENVIRONMENTAL |
|  |  |  | LITIGATION | [ ] 870 TAXES | MATTERS |
|  |  | **ACTIONS UNDER STATUTES** | [ ] 791 EMPL RET INC | [ ] 871 IRS-THIRD PARTY | [ ] 894 ENERGY |
|  |  |  | SECURITY ACT | 20 USC 7609 | ALLOCATION ACT |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** |  |  | [ ] 895 FREEDOM OF INFORMATION ACT |
| [ ] 210 LAND CONDEMNATION | [ ] 441 VOTING | [ ] 510 MOTIONS TO |  |  | [ ] 900 APPEAL OF FEE |
| [ ] 220 FORECLOSURE | [ ] 442 EMPLOYMENT | VACATE SENTENCE |  |  | DETERMINATION |
| [ ] 230 RENT LEASE & | [ ] 443 HOUSING | 28 USC 2255 |  |  | UNDER EQUAL ACCESS |
| EJECTMENT | ACCOMMODATIONS | [ ] 530 HABEAS CORPUS |  |  | TO JUSTICE |
| [ ] 240 TORTS TO LAND | [ ] 444 WELFARE | [ ] 535 DEATH PENALTY |  |  | [ ] 950 CONSTITUTIONALITY |
| [ ] 245 TORT PRODUCT | [ ] 445 AMERICANS WITH | [ ] 540 MANDAMUS & OTHER |  |  | OF STATE STATUTES |
| LIABILITY | DISABILITIES - | [ ] 550 CIVIL RIGHTS |  |  | [ ] 890 OTHER STATUTORY |
| [ ] 290 ALL OTHER | EMPLOYMENT | [ ] 555 PRISON CONDITION |  |  | ACTIONS |
| REAL PROPERTY | [ ] 446 AMERICANS WITH |  |  |  |  |
|  | DISABILITIES -OTHER |  |  |  |  |
|  | [x] 440 OTHER CIVIL RIGHTS |  |  |  |  |

*Check if demanded in complaint:*

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $ 1,000,000.00 OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE _____          DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☒ YES ☐ NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

*(PLACE AN x IN ONE BOX ONLY)*                          **ORIGIN**

[X] 1 Original    [ ] 2a. Removed from   [ ] 3 Remanded from   [ ] 4 Reinstated or    [ ] 5 Transferred from   [ ] 6 Multidistrict     [ ] 7 Appeal to District
Proceeding        State Court      Appellate Court      Reopened         (Specify District)      Litigation            Judge from
                    [ ] 2b. Removed from State Court                                                 Magistrate Judge
                         AND at least one party is a pro se litigant                                             Judgment

*(PLACE AN x IN ONE BOX ONLY)*                 **BASIS OF JURISDICTION**          ***IF DIVERSITY, INDICATE***
[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [ ] 3 FEDERAL QUESTION    [X] DIVERSITY      ***CITIZENSHIP BELOW.***
                                           (U.S. NOT A PARTY)                             ***(28 USC 1332, 1441)***

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [X] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [X] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Zamira Cardenas
121 West 15th Street
Bayonne, New Jersey 07002
County of Hudson

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

City of New York            NYC Police Department           Detective John Doe
1 Centre Street              1 Police Plaza                 Manhattan Midtown South Precinct
New York, NY 10007       New York, NY 10007          357 West 35th Street
County of New York        County of New York          New York, NY 10001
                                                     County of New York

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE
RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS     [X] FOLEY SQUARE
             (DO NOT check either box if this a PRISONER PETITION.)

DATE           SIGNATURE OF ATTORNEY OF RECORD            ADMITTED TO PRACTICE IN THIS DISTRICT
                                                       [ ] NO
RECEIPT #                                                  [X] YES (DATE ADMITTED Mo. 12    Yr. 1979 )
                                                        Attorney Bar Code # AAT 2437

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge **MAG. DOLINGER** _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____ .

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

ZAMIRA CARDENAS

V.

THE CITY OF NEW YORK, NEW YORK
CITY POLICE DEPARTMENT and DETECTIVE
JOHN DOE an unidentified police
officer employed by the City of New
York and the NYC Police Department
in its official and individual
capacities

**SUMMONS IN A CIVIL ACTION**

**08 CV 3848**

CASE NUMBER:

_Judge Hellerstein_

TO: (Name and address of Defendant)

CITY OF NEW YORK
1 Centre Street
New York, NY 10007

NYC Police Department
1 Police Plaza
New York, NY 10007

Detective John Doe
Manhattan Midtown South
357 West 35th Street
New York, NY 10001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Law Offices of Alan A. Tarzy
275 Madison Avenue, Suite 1100
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ___30___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

APR 2 3 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                *Signature of Server*

                                 _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
ZAMIRA CARDENAS

Plaintiff(s),

- against -

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT and DETECTIVE JOHN DOE an unidentified
police officer employed by the City of New York and the NYC
Police Department in its official and individual
capacities

Defendants.
------------------------------------------------------------------------X

08 CV 3848

Index No.



VERIFIED COMPLAINT

RECEIVED
APR 23 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Plaintiff, by her attorney, Alan A. Tarzy, Esq, complaining of the Defendants, respectfully alleges, upon information and belief, as follows:

JURISDICTIONAL STATEMENT

1.      This action arises under § 1983 and §1981 of Title 42 of the United States Code, the United States Constitution and the Bill of Rights. This Court is vested with Jurisdiction pursuant to §1343(a)(3) and §1331 of Title 28 of the United States Code.

2.      This Court is vested with Supplemental Jurisdiction over any and all States causes of action pursuant to §1367 of the United States Code.

3.      At all times herein mentioned, Plaintiff was, and still is, as resident of the County of Hudson, State of New Jersey which lies within the District of New Jersey.

4.      That at all dates and times mentioned herein, **DETECTIVE "JOHN DOE"**, an unidentified person, was and is a detective-employee of the defendants **CITY OF NEW YORK** and **NEW YORK CITY POLICE DEPARTMENT (hereinafter CITY and NYPD)** and resides within the State of New York.

5.      That at all dates and times mentioned herein, the Defendant, **CITY**, was a municipal corporation duly organized under and by virtue of the laws of the State of New York and employed  and still employs **DETECTIVE JOHN DOE**.

6.      That at all dates and times mentioned herein, the Defendant, **NYPD**,  was a municipal corporation duly organized under and by virtue of the laws of the State of New York.

7.      That at all dates and times mentioned herein, the Defendant, **CITY**, maintained its principal place of business in the County of New York, State of New York, which is located in the Southern District of New York.

8.      That at all dates and times mentioned herein, the Defendant, **NYPD**, maintained its principal place of business in the County of New York, State of New York, which is located in the Southern District of New York.

### STATEMENT OF VENUE

9.      Venue is proper in this action pursuant to 1391(b)(3) of the United States Code, as defendant(s), **CITY and/or NYPD,** maintain its offices in the Southern District of New York.

### NOTICE OF CLAIM

10.      That on or about March 13, 2007 the plaintiff duly served upon defendants, **CITY**, a Notice of Claim in writing setting forth the name and post office address of claimant and her attorney, the nature of the claim, the time when, the place where and the manner in which the claim arose and the items of damage or injuries claimed;

11.      More than 30 days have elapsed since the demand and/or claim upon

which this action is predicated against the defendant was presented to **CITY** for adjustment and/or payment thereof, and it has neglected and/or refused to make any adjustment and/or payment;

12.    That the plaintiff gave testimony at a hearing held on December 20, 2007 by the defendant, **CITY**;

13.    That no physical examination of the plaintiff was requested by the defendant, **CITY**;

14.    That this action is being commenced within one year and ninety days of the date of the occurrence herein;

### STATEMENT OF FACTS

15.    That on January 25, 2007 at or about 2:00 A.M., Plaintiff, **ZAMIRA CARDENAS**, was lawfully and properly at the Scores nightclub, working as a dancer, located at 528 West 28th Street, New York, NY, County of New York, City and State of New York.

16.    That on January 25, 2007 at or about the said address, the defendants, **CITY**, its agents, servants and/or employees to wit, **THE POLICE DEPARTMENT OF THE CITY OF NEW YORK and DETECTIVE JOHN DOE**, under the color of State Law, acting pursuant to the policies and practices set by the executive and/or legislative branches of the government of defendant, **CITY**, while engaging in a pattern of behavior condoned and/or permitted by the executive and/or legislative branches of the government of defendant, **CITY,** and while in the furtherance of their duties as police officers, carelessly, recklessly, negligently and without conducting a proper investigation apprehended, arrested and/or took into custody the Plaintiff **ZAMIRA CARDENAS** on prostitution related charges.

17.     Subsequent to plaintiff's arrest and/or confinement to a correctional facility, defendant, **CITY**, its agents, servants and/or employees to wit, **THE POLICE DEPARTMENT OF THE CITY OF NEW YORK** publicized the arrest of plaintiff and released details of her arrest to members of the media, including plaintiff's name and address and that charges against plaintiff were related to prostitution.

18.     On and after January 25, 2007, details of plaintiff's arrest and her name and address appeared in various media publications and venues.

19.     Plaintiff, **ZAMIRA CARDENAS**, sustained serious mental and emotional injuries as a result of the false arrest and imprisonment by the Defendant(s).

**AS AND FOR A FIRST CAUSE OF ACTION ON
BEHALF OF ZAMIRA CARDENAS**

20.     Plaintiff(s) repeat, re-allege and reiterate each and every allegation set forth in Paragraph(s) "1" through "19" as if fully set forth herein.

21.     That on January 25, 2007, Defendant(s), **CITY AND NYPD**, by its executive and/or legislative branch of government did violate the civil rights and civil liberties of the Plaintiff, **ZAMIRA CARDENAS**, in violation of Title 42 U.S.C. §1983 and §1981 *et seq.*, the United States Constitution and Bill of Rights.

22.     That the above-mentioned violation(s) occurred pursuant to a policy and/or practice, both active and passive, established by the executive and/or legislative branch of the government of Defendant, **CITY**, which directed, encouraged and/or condoned the agents', servants' and/or employees' of the Defendant **NYPD** to falsely and without probable cause or warrant, arrest and imprison the citizens of the State of New York including Plaintiff, **ZAMIRA CARDENAS.**

23.    That in addition to the personal injuries, both physical and mental as herein before alleged, the plaintiff was humiliated, suffered emotional injuries and was severely traumatized.

24.    That as a result of the injuries aforestated, plaintiff demands compensatory damages.

25.    That as a result of the acts of the defendant(s), their agents, servants and/or employees, plaintiff also demands punitive damages and reasonable attorney's fees.

### AS AND FOR A SECOND CAUSE OF ACTION
### ON BEHALF OF ZAMIRA CARDENAS

26.    Plaintiff(s) repeat, re-allege and reiterate each and every allegation set forth in Paragraph(s) "1" through "25" as if fully set forth herein.

27.    That on January 25, 2007, Defendant, **DETECTIVE JOHN DOE**, while acting under the color of State Law and while in the furtherance of their duties as police officers, acting pursuant to the policies and practices set by the executive and/or legislative branches of the government of their employer, defendant, **CITY and NYPD,** and while engaging in a pattern of behavior condoned and/or permitted by the executive and/or legislative branches of the government of defendant, **CITY,** did knowingly violate the civil rights and civil liberties of the Plaintiff, **ZAMIRA CARDENAS**, in violation of Title 42 U.S.C. §1983 and §1981 *et seq.*, the United States Constitution and Bill of Rights.

28.    That the above-mentioned violation(s) occurred while Defendant **DETECTIVE JOHN DOE** was following a policy and/or practice established by the executive and/or legislative branches of the government of their employer, defendant, **CITY and NYPD,** which directed, encouraged and/or condoned the agents', servants' and/or employees' of the

Police Department of the City of New York to falsely and without probable cause or warrant,

arrest and imprison the citizens of the State of New York including Plaintiff, **ZAMIRA**

**CARDENAS**.

29.    That in addition to the personal injuries, both physical and mental as

herein before alleged, the plaintiff was humiliated, suffered emotional injuries and was severely

traumatized.

30.    That as a result of the injuries, plaintiff demands compensatory

damages.

31.    That as a result of the acts of the defendant(s), their agents, servants and/or

employees, plaintiff also demands punitive damages and reasonable attorney's fees.

<u>**AS AND FOR A THIRD  CAUSE OF ACTION**</u>
<u>**ON BEHALF OF ZAMIRA CARDENAS**</u>

32.    Plaintiff, **ZAMIRA CARDENAS**, repeats, re-alleges and reiterates each

and every allegation in Paragraphs "1" through "31" as if fully set forth herein.

33.    That on January 25, 2007 the defendant(s) **CITY, NYPD and**

**DETECTIVE JOHN DOE**, their agents, servants and/or employees in furtherance of their

business as Police Officers and acting within the scope of their employment, falsely and without

probable cause or warrant, arrested and imprisoned the Plaintiff, **ZAMIRA CARDENAS.**

34.    That as a result of the act of the defendants(s), **CITY, NYPD and**

**DETECTIVE JOHN DOE,** their agents, servants and/or employees, the Plaintiff **ZAMIRA**

**CARDENAS**  sustained serious emotional damages as set forth in the first three (3) cause(s) of

action and other injuries.

35.    That in addition to the personal injuries, both physical and mental as

herein before alleged, the plaintiff was humiliated, suffered emotional injuries and was severely traumatized.

36.    That as a result of the injuries, plaintiff demands compensatory damages.

37.    That as a result of the acts of the defendant(s), their agents, servants and/or employees, plaintiff also demands punitive damages and reasonable attorney's fees.

## AS AND FOR A FOURTH CAUSE OF ACTION
## ON BEHALF OF ZAMIRA CARDENAS

38.    Plaintiff, **ZAMIRA CARDENAS**, repeats, re-alleges and reiterates each and every allegation in Paragraphs "1" through "37" as if fully set forth herein.

39.    That on January 25, 2007, the Defendant(s) **CITY, NYPD AND DETECTIVE JOHN DOE**, their agents, servants and/or employees in furtherance of their business as Police Officers and acting within the scope of their employment, carelessly, recklessly, negligently and without proper investigation, falsely and without probable cause or warrant, arrested and imprisoned the Plaintiff, **ZAMIRA CARDENAS.**

40.    That as a result of the act of the defendants(s), **CITY, NYPD and DETECTIVE JOHN DOE,** their agents, servants and/or employees, the Plaintiff **ZAMIRA CARDENAS** sustained serious emotional damages as set forth in the above.

41.    That in addition to the personal injuries, both physical and mental as herein before alleged, the plaintiff was humiliated, suffered emotional injuries and was severely traumatized.

42.    That as a result of the injuries, plaintiff demands compensatory damages.

43.     That as a result of the acts of the defendant(s), their agents, servants and/or employees, plaintiff also demands punitive damages and reasonable attorney's fees.

## AS AND FOR A FIFTH CAUSE OF ACTION
## ON BEHALF OF ZAMIRA CARDENAS

44.     Plaintiff, **ZAMIRA CARDENAS**, repeats, re-alleges and reiterates each and every allegation in Paragraphs "1" through "43" as if fully set forth herein.

45.     That on January 25, 2007, the Defendants, **CITY, NYPD and DETECTIVE JOHN DOE**, conspired to and did violate the civil rights and civil liberties of the Plaintiff, **ZAMIRA CARDENAS** in violation of the statutes, laws, rules and regulations of the State of New York, including but not limited to the New York State Constitution.

46.     That the violation of the Plaintiff, **ZAMIRA CARDENAS'** civil rights resulted from the false arrest and imprisonment by the Defendant(s),**CITY, NYPD and DETECTIVE JOHN DOE,** their agents, servants and/or employees of **ZAMIRA CARDENAS** in violation of said law (s).

47.     That in addition to the personal injuries, both physical and mental as herein before alleged, the plaintiff was humiliated, suffered emotional injuries and was severely traumatized.

48.     That as a result of the injuries, plaintiff demands compensatory damages.

49.     That as a result of the acts of the defendant(s), their agents, servants and/or employees, plaintiff also demands punitive damages and reasonable attorney's fees.

## AS AND FOR A SIXTH CAUSE OF ACTION
## ON BEHALF OF ZAMIRA CARDENAS

50.    Plaintiff, **ZAMIRA CARDENAS**, repeats, re-alleges and reiterates each and every allegation in Paragraphs "1" through "43" as if fully set forth herein.

51.    That on January 25, 2007, Defendant(s), **CITY, NYPD and DETECTIVE JOHN DOE,** while acting under the color of State Law and while in the furtherance of their duties as police officers, acting pursuant to the policies and practices set by the executive and/or legislative branches of the government of their employer, defendants, **CITY and NYPD ,** and while engaging in a pattern of behavior condoned and/or permitted by the executive and/or legislative branches of the government of defendant, **CITY,** did knowingly violate the civil rights and civil liberties of the Plaintiff, **ZAMIRA CARDENAS**, in violation of Title 42 U.S.C. §1983 and §1981 *et seq*., the United States Constitution and Bill of Rights.

52.    That the above-mentioned conspiracy occurred while Defendant **DETECTIVE JOHN DOE** was following a policy and/or practice established by the executive and/or legislative branches of the government of their employer, defendant, **CITY and NYPD** which directed, encouraged and/or condoned the agents', servants' and/or employees's of the Police Department of the City of New York to violently, falsely and without probable cause or warrant, arrest, imprison, assault and batter the citizens of the State of New York, including Plaintiff, **ZAMIRA CARDENAS**.

53.    That in addition to the personal injuries, both physical and mental as herein before alleged, the plaintiff was humiliated, suffered emotional injuries and was severely traumatized.

54.    That as a result of the injuries, plaintiff demands compensatory damages in an amount to be demanded at trial, but not less than One Million ($1,000,000.00) Dollars.

Yours, etc.

Alan A. Tarzy, Esq. (AAT 2437)
Law Offices of Alan A. Tarzy
Attorney for Plaintiff
275 Madison Avenue, Suite 1100
New York, New York 10175
(212) 370-9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ZAMIRA CARDENAS

Docket No.:

JURY DEMAND

                    Plaintiff(s),

              -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT and DETECTIVE JOHN DOE an
unidentified police officer employed by
the City of New York and the NYC
Police Department in its official and
individual capacities

                    Defendant(s).

----------------------------------------X

**To the above named Defendant(s):**

     Please take notice that Plaintiff(s) Demand that all issues  in this case
be tried by a jury.

Dated:              New York, New York
                    April 22, 2008

                              _____
                              Alan A. Tarzy, Esq. (AT-2437)
                              Law Offices of Alan A. Tarzy
                              Attorneys for Plaintiff(s)
                              ZAMIRA CARDENAS
                              275 Madison Avenue  Suite 1100
                              New York, New York 10016
                              (212) 370-9000

TO:
THE CITY OF NEW YORK
1 Centre Street
New York, NY 10007

NEW YORK CITY POLICE DEPARTMENT
1 Police Plaza
New York, NY 10007

DETECTIVE JOHN DOE
C/O Midtown Manhattan
South Precinct
357 West 35th Street
New York, NY 10001