AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ZAMIRA CARDENAS

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 08 CV 3848 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

May 12, 2008
Date

*Meghan Cavalieri*
Signature

Meghan A. Cavalieri          MC 6758
Print Name                   Bar Number

100 Church Street
Address

New York, NY   10007
City          State          Zip Code

(212) 788-6405               (212) 788-9776
Phone Number                 Fax Number