

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**MEGHAN A. CAVALIERI**
*Assistant Corporation Counsel*
Tel.: (212) 788-6405
Fax: (212) 788-9776

RECEIVED MAY 16 2008 ALVIN K. HELLERSTEIN

May 15, 2008

So ordered 5-19-08
/s/ AKHellerstein

BY HAND
Judge Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Zamira Cardenas. v. City of New York, et al.</u>, 08 CV 3848 (AKH)

Dear Judge Hellerstein:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and attorney for defendant City of New York. I am writing with the consent of plaintiff's counsel, Alan Tarzy, Esq., to respectfully request a sixty (60) day enlargement of time from <u>May 19, 2008, until July 18, 2008,</u> within which this office may answer or otherwise respond to the complaint. This is the first request made by this office for an enlargement of time in this action.

      The complaint alleges, inter alia, that plaintiff Zamira Cardenas was falsely arrested/imprisoned and defamed. Before this office can adequately respond to the complaint, we will need to conduct a preliminary investigation into the facts of the case. In this regard, we will need properly executed unsealing releases from plaintiff for any arrest documents and/or criminal court records regarding the incident. We have forwarded the necessary consent authorizations to plaintiff so that we can access the sealed records, properly assess the case and respond to the complaint. The enlargement of time will, therefore, afford us the opportunity to investigate the matter.

In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until July 18, 2008.

Thank you for your consideration in this regard.

Respectfully submitted,

*Meghan Cavalieri*

Meghan A. Cavalieri (MC 6758)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   <u>VIA FACSIMILE</u>
Alan A. Tarzy, Esq.
Attorney for Plaintiff
275 Madison Ave. Suite 1100
New York, NY 10016
Fax: (212) 370-1566